

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

$990.00 in U.S. Currency, Garmin Nuvi
GPS, Garmin Large Screen GPS, and KD
Android Computer Tablet, Appellants

No. 06-14-00085-CV          v.

The State of Texas, Appellee

Appeal from the 6th District Court of
Lamar County, Texas (Tr. Ct. No. 83660).
Memorandum Opinion delivered by Justice
Moseley, Chief Justice Morriss and Justice
Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We note that the appellant has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MARCH 31, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk